JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MASOUMEH MOHAJER, | ) | Case No.: CV 13-3931 DSF (FFMx) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| JP MORGAN CHASE BANK, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having found that the Court lacks subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 7/2/13

_____
Dale S. Fischer
United States District Judge